

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00202-CV

| | | |
|---|---|---|
| PEDRAM AND KAROL FARAHNAK, Appellants | § | On Appeal from the 431st District Court |
| | § | of Denton County (20-6626-367) |
| v. | § | February 10, 2022 |
| CITY OF SOUTHLAKE BOARD OF ADJUSTMENT AND BRIAN AND MELISSA REUKEMA, Appellees | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the reviewing court's final judgment. It is ordered that the final judgment of the reviewing court is affirmed.

It is further ordered that appellants Pedram and Karol Farahnak shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker